FILED
September 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002966224

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**MARJORIE PARKER,**

Debtor(s).

Case No. 10-16494-B-7

DC No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: October 27, 2010
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on June 9, 2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are a 2007 Ford Focus.

5. The trustee has obtained an offer from the debtor(s) Marjorie Parker to purchase said asset(s), for $6,900, less a valid

exemption in the amount of $2,400, for a net sum to the estate of $4,500, subject to any existing liens and encumbrances of which there are none known. Funds have been received by the estate and are awaiting court approval.

    6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

    7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

    8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

    9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtor(s), Marjorie Parker.

DATED: 9/29/10

JAMES E. SALVEN,
Movant